UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CASE NO. 2:24-cr-172 |
| | : | |
| **Plaintiff,** | : | JUDGE DOUGLAS R. COLE |
| v. | : | |
| | : | |
| **TIN LUN HO,** | : | |
| aka Jason Ho | : | |
| | | |
| **Defendant.** | | |

## JOINT NOTICE

On February 28, 2025, the parties came before the Court for a change of plea hearing. During the hearing, the parties moved to modify the statement of facts. Attached is the updated statement of facts, which was adopted by the parties and accepted by the Court at the hearing, and which is now incorporated into the parties' plea agreement.

                    Respectfully submitted,

                    KELLY A. NORRIS
                    Acting United States Attorney

| | |
|---|---|
| *s/ Katherine R. Dodson* | *s/ S. Courter Shimeall* |
| KATHERINE R. DODSON | S. COURTER SHIMEALL (0090514) |
| Grady Dodson | Assistant United States Attorney |
| 100 E. Broad Street, Suite 2310 | 303 Marconi Boulevard, Suite 200 |
| Columbus, OH 43215 | Columbus, Ohio 43215 |
| 614-849-0376 | O: (614) 469-5715 / F: (614) 469-5653 |
| Email: kdodson@tgradylaw.com | Email: courter.shimeall@usdoj.gov |
| Attorney for TIN LUN HO | |