# ATTACHMENT A:
# STATEMENT OF FACTS

*The United States and Defendant* **TIN LUN HO** *stipulate and agree that if this case proceeded to trial, the United States would prove the facts set forth below beyond a reasonable doubt. They further stipulate and agree that these are not all of the facts that the United States would prove if this case had proceeded to trial.*

The Defendant, **TIN LUN "JASON" HO**, previously worked as a Distinguished Professor of Mathematics and Physical Science at The Ohio State University (OSU). **HO** served as a professor at OSU from 1983 until he retired in May of 2023. **HO**'s education included a Ph.D. in Physics from Cornell University in 1977, as well as a Bachelor of Science Degree from the Chinese University of Hong Kong. **HO**'s areas of expertise include Condensed Matter Theory, Quantum Gases, and Bose Condensates.

The Bank Secrecy Act, at Title 31 U.S.C. § 5314, et seq., establishes the requirement to keep records and file specific reports related to foreign financial accounts. Specifically, it requires that United States persons file a FinCEN Form 114, Report of Foreign Bank and Financial Accounts (commonly referred to as an "FBAR"), with the Financial Crimes Enforcement Network when someone has an interest in, or signature authority over, a foreign account, and the aggregate balance of that account exceeds $10,000 at any time during a given calendar year. FinCEN Forms 114 are an annual filing and are generally due by June 30th of the subsequent calendar year.

From 2012, through at least 2015, **HO** was a member of People's Republic of China's (PRC) Thousand Talents Program (TTP). During these years, **HO** was paid for his TTP work by the PRC and the Tsinghua University. **HO** had a contract with Tsinghua University and the Institute for Advanced Study, Tsinghua University (IATSU), from approximately August 1, 2015, through July 2018. Ho was paid a salary for this work. Ho also had an "Outstanding Visitor Professor Agreement" with Tsinghua University and IATSU, which covered the period of August, 2019, through July, 2021. Ho was paid for this work. He maintained at least one foreign bank account during the above time-periods. For example, in 2020, **HO** maintained a bank account at the China Construction Bank in the People's Republic of China, during which time the value of funds in the account was more than $95,000, but less than $150,000.

**HO** was aware of the China Construction Bank account during the above-described time periods. **HO** was aware of the amounts of money in the China Construction Bank during the above-described time periods. **HO** was aware of the requirement to file an FBAR related to the calendar year of 2020 for his China Construction Bank account. **HO** willfully failed to file the required FBAR for his China Construction Bank account for the calendar year of 2020.

* * *

      I have carefully read this Statement of Facts and reviewed it with my attorneys. I acknowledge that it is true and correct.

_Nov 20, 2024_
Date

_[signature]_
**TIN LUN HO**
Defendant

      I am the attorney for **TIN LUN HO**. I have carefully reviewed the Statement of Facts with him.

_November 20, 2024_
Date

_Katherine Dodson_
Katherine R. Dodson
Attorney for **TIN LUN HO**

7